IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN CHOATE,
Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF NYE,
Respondent,
  and
BRIAN WILLIAMS, WARDEN,
Real Party in Interest.

No. 78888

FILED

JUN 1 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DENYING PETITION

This original pro se petition for a writ of mandamus seeks a writ directing the district court to vacate its previous order denying petitioner's motion to recuse a district court judge and enter an order granting petitioner's motion to recuse.

Choate has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

19-25866

Accordingly, we

ORDER the petition DENIED

_____, C.J.
Gibbons

_____, J.            _____, J.
Pickering                        Hardesty

cc:    Stephen Choate
       Attorney General/Carson City
       Nye County Clerk